| | | |
|---|---|---|
| **THOMAS R. SUOZZI**<br>**County Executive** |  | **LORNA B. GOODMAN**<br>**County Attorney** |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
**One West Street**
**Mineola, New York 11501-4820**
**516-571-3061**
**FAX: 516-571-3058**

February 25, 2009

The Honorable William D. Wall
United States Magistrate Court Judge
The Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722

    RE: <u>Duartes v. County of Nassau et al., 07-CV-2929 (JS) (WDW)</u>

Dear Judge Wall:

  This office represents the County of Nassau and Police Officer Lake ("County Defendants") in the above-referenced civil action. On behalf of both parties, we write to respectfully request that the pre-trial conference, currently scheduled for March 2, 2009, be adjourned at this time. The parties have reached a settlement in principal, and are currently in the process of drafting a settlement agreement. Accordingly, we respectfully request that the pre-trial conference be adjourned, with the expectation that a stipulation of discontinuance will be filed within the next week.

             Respectfully submitted,

              /s/
             Karen Schmidt (KS 6779)
             Deputy County Attorney

cc: Mili Makhijani
   Law Offices of Frederick K. Brewington
   50 Clinton Street, Suite 501
   Hempstead, NY 11550